IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA FOOTE, Individually and as Personal Representative of the Estate of Lester Foote<br><br>  Plaintiffs,<br><br>  v.<br><br>JANE E. WILLIAMS<br><br>  Defendant. | Civil Case No.  1:16-cv-2530<br><br>Removed Case No.:  2016 CA-008853 B<br>                    D.C. Superior Court |

**NOTICE OF REMOVAL OF CIVIL ACTION FROM THE
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

TO:   United States District Court for the District of Columbia:

Jane E. Williams, by and through her undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, of that certain action known as *Sandra Foote, Individually and as Personal Representative of the Estate of Lester Foote*, Case No. 2016 CA-008853 B from the Superior Court of the District of Columbia to this Court, respectfully showing as follows:

1.   On or about December 8, 2016, Sandra Foote ("Plaintiff") filed a certain civil action identifiable as *Sandra Foote, Individually and as Personal Representative of the Estate of Lester Foote*, Case No. 2016 CA-008853 B in the Superior Court of the District of Columbia (hereinafter the "Civil Action").  A complete copy of the Complaint and all other papers filed with the Superior Court of the District of Columbia is collectively attached hereto as **Exhibit "A**." The Complaint states a single count of negligence against Jane E. Williams' arising from her alleged conduct as a disclosed agent for Primerica Life Insurance Company with regard to a

life insurance policy issued to Lester Foote.  Plaintiff seeks damages in the amount of $1,200,000.

2. Pursuant to the Proof of Service filed by Plaintiff, Ms. Williams was personally served on December 10, 2016.  Accordingly, removal is timely pursuant to 28 U.S.C. § 1446(b).

3. This action is removable to federal court pursuant to 28 U.S.C. § 1441, because it originally could have been filed in this Court pursuant to the diversity jurisdiction conferred by 28 U.S.C. § 1332.

## DIVERSITY JURISDICTION

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332, because there is complete diversity between Plaintiff and the Defendant and the amount in controversy exceeds the jurisdictional threshold.

5. As alleged in the Complaint, Plaintiff Sandra Foote, individually, is a resident of the District of Columbia. Also as alleged in the Complaint, Lester Foote was at all relevant times, a resident of the District of Columbia. (Compl. ¶1, 4).

6. As detailed in the Complaint, Defendant Jane E. Williams is a resident of the State of Pennsylvania. By filing this Notice of Removal, Ms. Williams does not waive any of her jurisdictional or other defenses.

## AMOUNT IN CONTROVERSY

7. Plaintiff's Complaint seeks damages in the amount of $1,200,000.  *See* Compl. at 8.

8. Accordingly, the amount at issue exceeds the jurisdictional threshold of $75,000.00, exclusive of interest and costs, pursuant to 28 U.S.C. § 1332(a).

**VENUE**

9. Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a), because this district and division embrace the Superior Court of the District of Columbia, the forum in which the Civil Action was pending.

**NOTICE**

10. Notice to the Superior Court of the District of Columbia, which includes a duplicate of this Notice of Removal, is being filed with the Clerk of the Superior Court of the District of Columbia as provided by 28 U.S.C. § 1446(d).  See **Exhibit "B**."

11. Written notice of the filing of this Notice of Removal will be sent to counsel for Plaintiff as provided in 28 U.S.C. § 1446(d).

              Respectfully submitted,

              */s/ Linda S. Woolf*
              Linda S. Woolf (Federal Bar No. 08424)
              lsw@gdldlaw.com
              Joseph B. Wolf (Federal Bar No. 27882)
              jbw@gdldlaw.com
              Goodell, DeVries, Leech & Dann LLP
              One South Street, 20th Floor
              Baltimore, Maryland  21202
              Tel. (410) 783-4000;
              Fax (410) 783-4040
              *Attorneys for Jane E. Williams*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December 2016, a copy of the foregoing was sent by first class mail to:

>Richard E. Schimel
>BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC
>Suite 800 West
>7315 Wisconsin Avenue
>Bethesda, Maryland 20814

>*/s/ Linda S. Woolf*
>Linda S. Woolf (Federal Bar No. 08424)